IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY TORELL TATUM | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-485 |
| WARDEN, FCI BEAUMONT | § | |

### ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anthony Torell Tatum, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying the petition.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's report and recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit. For the reasons stated by the magistrate judge, the petition should be denied. Petitioner's claim that he is entitled to a jury trial to make credibility determinations and resolve factual disputes also lacks merit.

ORDER

Accordingly, Petitioner's objections [Dkt. 16] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the magistrate judge's report and recommendation [Dkt. 13] is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 23rd day of April, 2026.**


Michael J. Truncale
United States District Judge